IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-01831-BNB-MJW

MICHAEL WESCOTT, and
DOUGLAS SZKLARSKI,

     Plaintiffs,

v.

UNITED STATES OF AMERICA,

     Defendant.

---

## ORDER OF DISMISSAL

---

     THIS MATTER comes before the Court upon the Stipulation Of Dismissal between

Plaintiff Michael Wescott and Defendant United States of America [Docket No. **20** ]. The

Court has reviewed the pleading and is fully advised.  It is

     ORDERED that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted in this matter by

Plaintiff Michael Wescott against Defendant United States of America are dismissed with

prejudice, with each party to bear its own attorneys' fees and costs.

DATED: _January 4, 2010_

BY THE COURT:

_____

**BOYD N. BOLAND**
**United States Magistrate Judge**